## NORTH CAROLINA STATE BAR v. NELSON

No. 396PA92

Case below: 107 N.C.App. 543

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 7 January 1993. Temporary stay allowed 25 January 1993 pending determination of defendant's appeal.

## STATE v. BAYMON

No. 25A93

Case below: 108 N.C.App. 476

Petition by Attorney General for writ of supersedeas and temporary stay denied 1 February 1993.

## STATE v. HEMMINGWAY

No. 415P92

Case below: 108 N.C.App. 104

Petition by defendant for writ of supersedeas denied and temporary stay dissolved 7 January 1993. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 7 January 1993. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 January 1993.

## STATE v. JOHNSON

No. 5P93

Case below: 108 N.C.App. 550

Petition by Attorney General for temporary stay allowed 14 January 1993.

## STATE v. NOBLES

No. 401A92

Case below: 107 N.C.App. 627

Motion by Attorney General to dismiss appeal as to additional constitutional question for lack of substantial constitutional question allowed 7 January 1993.